## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| John Patrick Losinski, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 3:21-cv-216 |
| vs. | ) | |
| | ) | **ORDER** |
| Kilolo Kijakazi, Acting Commissioner of the | ) | |
| Social  Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff John Patrick Losinski moves for attorney fees in the amount of $2,371.86 and costs in the amount of $400.00 pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. (Doc. 19; Doc. 20). Losinski's attorney states his fees are based on 10.9 hours expended at an hourly rate of $217.54. (Doc. 33-1). The Commissioner does not object to the award but requests the court direct that the fees be made payable to Losinski and not to his attorney. (Doc. 21) (citing Astrue v. Ratliff, 560 U.S. 586 (2010)).

Ratliff holds the government is not required to pay fee awards directly to counsel even if the litigant contractually assigned that award to counsel. 560 U.S. at 596. Accordingly, it is **ORDERED** that Losinski's motion for attorney fees, (Doc. 19), is **GRANTED**. Losinski is awarded attorney fees in the amount of $2,371.86 and costs in the amount of $400.00, which the Commissioner shall make payable to John Patrick Losinski. The award is without prejudice to Losinski seeking attorney fees under 42 U.S.C. § 406(b) and is subject to the offset provisions of the EAJA.

**JUDGMENT SHALL BE AMENDED ACCORDINGLY**.

Dated this 29th day of September, 2022.

/s/ *Alice R. Senechal*

Alice R. Senechal
United States Magistrate Judge